No. 167. MALLERY v. MANAGERS SECURITIES CO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Hal H. Smith* for petitioner. *Mr. Hugh M. Morris* for respondent.

No. 170. WHEELING v. JOHN F. CASEY CO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Wright Hugus, Howard D. Matthews,* and *Carl O. Schmidt* for petitioner. *Mr. T. S. Riley* for respondent.

No. 171. DAKOTA CORPORATION v. SLOPE COUNTY ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George E. Wallace* for petitioner. No appearance for respondents.

No. 172. DAKOTA CORPORATION v. SLOPE COUNTY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George E. Wallace* for petitioner. No appearance for respondent. Reported below: 75 F. (2d) 587.

No. 177. LONG, RECEIVER, v. FIRST METHODIST EPISCOPAL CHURCH. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. George M. Stevens, John F. Anderson,* and *George P. Barse* for petitioner. No appearance for respondent.